WILSON v. BELLAMY

No. 141P92

Case below: 105 N.C.App. 446

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992.

Petition to Rehear

CORUM v. UNIVERSITY OF NORTH CAROLINA

No. 163PA90

Case below: 97 N.C.App. 527

Petition by defendants to rehear pursuant to Appellate Rule 31 denied 24 June 1992.